.BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) )   MDL DOCKET NO. 2740 |

## AMENDED CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on September 2, 2016 a copy of the foregoing Notice of Related Actions and Schedule of Actions were served upon the following by electronic mail:

|  | Case | Plaintiffs' Counsel |
|---|---|---|
| 1. | Bean, Phyllis S. v. Sanofi, SA, et al<br><br>Southern District of Florida (Miami), 1:16-cv-23683 | Brandon Lee Bogle<br>bbogle@levinlaw.com<br>Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL  32502<br>(850) 435-7091<br>Fax: (850) 436-6102<br><br>Timothy J. Becker<br>tbecker@johnsonbecker.com<br>Michael K. Johnson<br>mjohnson@johnsonbecker.com<br>Johnson Becker, PLLC<br>33 South 6th Street, Suite 4530<br>Minneapolis, MN  55402<br>(612) 436-1800<br>Fax: (612) 436-1801 |
| 2. | Ernys-Kofler, Klara v. Sanofi, SA, et al.<br><br>Northern District of California (San Jose),  5:16-cv-04938 | Curtis Brooks Cutter<br>bcutter@cutterlaw.com<br>Cutter Law, P.C.<br>401 Watt Avenue<br>Sacramento, CA 95864<br>(916) 290-9400<br>Fax: (916) 588-9330 |

| | | |
|---|---|---|
| 3. | Jenkins, Candyse v. Sanofi, SA, et al.<br><br>Northern District of California (Oakland),  3:16-cv-04940 | Curtis Brooks Cutter<br>bcutter@cutterlaw.com<br>Cutter Law, P.C.<br>401 Watt Avenue<br>Sacramento, CA 95864<br>(916) 290-9400<br>Fax: (916) 588-9330 |
| 4. | McCullough, Susan v. Sanofi, SA, et al<br><br>Central District of Illinois (Peoria), 1:16-cv-01325 | David M. Hundley<br>dhundley@pbclawfirm.com<br>Pendley, Baudin & Coffin, L.L. P.<br>1620 W. Chicago Ave, Suite 307<br>Chicago, IL 60622<br>(312) 212-3343<br>Fax: (312) 724-7766<br><br>Darin Lee Schanker<br>dschanker@coloradolaw.net<br>Jere Kyle Bachus<br>Kyle.bachus@coloradolaw.net<br>Bachus and Schanker LLC<br>1899 Wynkoop Street, Suite700<br>Denver, CO 80202<br>(303) 893-9800<br>Fax: (303) 893-9900<br><br>Christopher L. Coffin<br>ccoffin@pbclawfirm.com<br>Nicholas Ryan Rockforte<br>nrockforte@pbclawfirm.com<br>Pendley, Baudin & Coffin, LLP<br>1515 Poydras Street, Suite 1400<br>New Orleans, LA 70112<br>(504) 355-0086<br>Fax: (504) 523-0699 |

| | | |
|---|---|---|
| 5. | Vonner, Ladina v. Sanofi SA, et al<br><br>Eastern District of Texas (Beaumont), 1:16-cv-00372 | Trent Miracle<br>tmiracle@simmonsfirm.com<br>David Miceli<br>dmiceli@simmonsfirm.com<br>Simmons Hanly Conroy<br>One Court Street<br>Alton, IL 62002<br>(618) 259-2222<br>Fax: (618) 259-2251<br><br>Timothy J. Becker<br>tbecker@johnsonbecker.com<br>Michael K. Johnson<br>mjohnson@johnsonbecker.com<br>Johnson Becker, PLLC<br>444 Cedar Street, Suite 1800<br>St. Paul, MN  55101<br>(612) 436-1800<br>Fax: (612) 436-1801 |
| 6. | Barban, Carole v. Sanofi SA, et al.<br><br>District of Kansas (Kansas City), 2:16-cv-02607 | David D. Burkhead<br>david@burkheadlaw.com<br>The Law Office of David Burkhead<br>P.O. Box 23243<br>Overland Park, KS 66283<br>(913) 953-0464<br>Fax: (913) 353-6523<br><br>Christopher L. Coffin<br>ccoffin@pbclawfirm.com<br>Jessica A. Perez<br>jperez@pbclawfirm.com<br>Nicholas Ryan Rockforte<br>nrockforte@pbclawfirm.com<br>Pendley, Baudin & Coffin, LLP<br>1515 Poydras Street, Suite 1400<br>New Orleans, LA 70112<br>(504) 355-0086<br>Fax: (504) 523-0699 |

| | | |
|---|---|---|
| 7. | Gross, Linda and Larry Gross v. Sanofi SA, et al.<br><br>Southern District of New York (Foley Square),  1:16-cv-06883 | Paul D. Rheingold<br>prheingold@rheingoldlaw.com<br>David B. Rheingold<br>drheingold@rheingoldlaw.com<br>Rheingold, Valet, Rheingold ,McCartney & Giuffra, LLP<br>113 East 37th Street<br>New York, NY 10016-3042<br>(212) 684-1880<br>Fax: (212) 689-8156 |
| 8. | Sims, Jacqueline v. Sanofi SA, et al<br><br>Northern District of Mississippi (Oxford), 3:16-cv-00192 | Michael P. McGartland<br>mike@mcgartland.com<br>McGartland Law Firm, PLLC<br>1300 South University, Suite 500<br>Fort Worth, TX 76107<br>(817) 332-9300<br>Fax: (817) 332-9301<br><br>Christopher L. Coffin<br>ccoffin@pbclawfirm.com<br>Jessica A. Perez<br>jperez@pbclawfirm.com<br>Nicholas Ryan Rockforte<br>nrockforte@pbclawfirm.com<br>Pendley, Baudin & Coffin, LLP<br>1515 Poydras Street, Suite 1400<br>New Orleans, LA 70112<br>(504) 355-0086<br>Fax: (504) 523-0699 |
| 9. | Mitchell, Pearl v. Sanofi SA, et al<br><br>District of South Carolina (Columbia), 3:16-cv-02843 | Joshua D. Christian<br>jchristian@christiananddavis.com<br>Christian and Davis<br>PO Box 332<br>Greenville, SC 29602<br>(864) 232-7363<br>Fax: (864) 370-3731<br><br>David W. Hodges<br>dhodges@kennedyhodges.com<br>Gabriel A. Assaad<br>gassaad@kennedyhodges.com<br>Kennedy Hodges LLP<br>4409 Montrose Blvd, Suite 200<br>Houston, TX 77006<br>(713) 523-0001<br>Fax: (713) 523-1116 |

The following parties are international companies and will not be served.

| Sanofi S.A.<br>54, rue La Boetie<br>75008 Paris FRANCE | Aventis Pharma S.A.<br>20 Avenue Raymond Aron<br>92160 Antony FRANCE |
|---|---|

Dated:  September 6, 2016

Respectfully Submitted,
SHOOK, HARDY & BACON L.L.P.

 /s/ Jon Strongman
Jon Strongman, Esq.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone:  816-474-6550
Facsimile:  816-421-5547
Email:  jstrongman@shb.com

*Attorney for Defendants sanofi-aventis U.S. LLC*